IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIMOTHY BOEHME, | No. C 06-07419 SI |
| Plaintiff, | **PRETRIAL PREPARATION ORDER** |
| v. | |
| CHOMNAN LOTH, | |
| Defendant. / | |

It is hereby **ORDERED** pursuant to F.R.C.P. and the Local Rules of this Court:

FURTHER CASE MANAGEMENT: September 7, 2007 at 2:30 p.m.
Counsel *must* file a joint case management statement seven days in advance of the conference.

DISCOVERY PLAN: Per F.R.Civ.P and Local Rules, subject to any provisions below.

NON-EXPERT DISCOVERY CUTOFF is October 12, 2007.

DESIGNATION OF EXPERTS: 8/27/079; REBUTTAL: /14/07.
Parties **SHALL** conform to Rule 26(a)(2).

EXPERT DISCOVERY CUTOFF is October 12, 2007.

DISPOSITIVE MOTIONS **SHALL** be filed by November 2, 2007;

Opp. Due November 16, 2007; Reply Due November 26, 2007;

and set for hearing no later than December 7, 2007 at 9:00 AM.

PRETRIAL CONFERENCE DATE: February 19, 2008 at 3:30 PM.

JURY TRIAL DATE: March 3, 2008 at 8:30 AM.,
Courtroom 10, 19th floor.

TRIAL LENGTH is estimated to be four days.

SPECIAL DISCOVERY AND PRETRIAL PROVISIONS:
This case shall be referred to a magistrate-judge for settlement purposes. The settlement conference shall occur by 7/20/07.

Plaintiff anticipates having counsel for trial purposes.

The pretrial conference **SHALL** be attended by trial counsel prepared to discuss all aspects of the case, including settlement. Parties **SHALL** conform to the attached instructions. Plaintiff is ORDERED to serve a copy of this order on any party subsequently joined in this action.

Dated: 6/4/07

SUSAN ILLSTON
United States District Judge