**LOW, BALL & LYNCH**   ATTORNEYS AT LAW
A PROFESSIONAL CORPORATION
505 MONTGOMERY STREET, 7TH FLOOR, SAN FRANCISCO, CALIFORNIA 94111-2584
TELEPHONE (415) 981-6630 • FACSIMILE (415) 982-1634 • WWW.LOWBALL.COM

September 10, 2007

*IT IS SO ORDERED*

*Judge James Larson*

Magistrate Judge James Larson
U.S. District Court
Northern District of California
450 Golden Gate Avenue, 15th Floor
San Francisco, CA 94102

    Re:    *Timothy Boehme v. Chomnan Loth, City of Newark Police Department, et al.*
           U.S. District Court, Northern District of California, No. C06-07419

Dear Judge Larson:

    To confirm my telephone conversation with your court clerk, Vernice, Mr. Boehme has agreed to my request to move the Settlement Conference From September 21, 2007 at 10:00 a.m. to September 28, 2007 at 10:00 a.m. in your courtroom. Due to conflicts in my schedule, I am asking if we can postpone the Settlement Conference one week, if it meets with your calendar. Judge Illston has scheduled a Case Management Conference for September 28th at 2:30 p.m., in which we are supposed to report on the progress and completion of the court-ordered Settlement Conference.

    Thank you for your consideration on this request.

                    Very truly yours,

                    LOW, BALL & LYNCH

                    Dale L. Allen, Jr.

DLA/mkm

cc:    Timothy Boehme

J:\1098\SF0003\Ltr\L-Judge.Larson.wpd