# LOW, BALL & LYNCH  ATTORNEYS AT LAW
A PROFESSIONAL CORPORATION

505 MONTGOMERY STREET, 7TH FLOOR, SAN FRANCISCO, CALIFORNIA 94111-2584
TELEPHONE (415) 981-6630 • FACSIMILE (415) 982-1634 • WWW.LOWBALL.COM

September 24, 2007

**FILED**

SEP 26 2007

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Magistrate Judge James Larson
U.S. District Court
Northern District of California
450 Golden Gate Avenue, 15th Floor
San Francisco, CA 94102

    Re:    *Timothy Boehme v. Chomnan Loth, City of Newark Police Department, et al.*
             U.S. District Court, Northern District of California, No. C06-07419

Dear Judge Larson:

    A Mandatory Settlement Conference is scheduled before you this coming Friday, September 28, 2007. I have just learned that the Officer named in the complaint, Chomnan Loth, has the opportunity to attend a SWAT training session and competition on behalf of the City of Newark Police Department's SWAT team, of which he is a member. I am writing to ask if Officer Loth can be excused from attending the Mandatory Settlement Conference. Mr. Terry Hickman will be appearing at the settlement conference on behalf of the City of Newark.

    Thank you for any consideration that can be extended.

                              Very truly yours,

                              LOW, BALL & LYNCH

                              Dale L. Allen, Jr.

DLA/mkm

*ok*

**SO ORDERED**

JAMES LARSON
U.S. CHIEF MAGISTRATE JUDGE

J:\1098\SF0003\Ltr\L.-Judge.Larson.002.wpd