IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIMOTHY BOEHME,<br><br>        Plaintiff,<br><br>  v.<br><br>CHOMNAN LOTH,<br><br>        Defendant.<br>_____/ | No. C 06-07419 SI<br>**SECOND**<br>**PRETRIAL PREPARATION ORDER** |

It is hereby **ORDERED** pursuant to F.R.C.P. and the Local Rules of this Court:

DISCOVERY PLAN: Per F.R.Civ.P and Local Rules, subject to any provisions below.

NON-EXPERT DISCOVERY CUTOFF is December 21, 2007.

DISPOSITIVE MOTIONS **SHALL** be filed by February 8, 2008;

    Opp. Due February 22, 2008; Reply Due February 29, 2008;

    and set for hearing no later than March 14, 2008 at 9:00 AM.

PRETRIAL CONFERENCE DATE: April 8, 2008 at 3:30 PM.

JURY TRIAL DATE: April 21, 2008 at 8:30 AM.,
   Courtroom 10, 19th floor.

TRIAL LENGTH is estimated to be four days.

SPECIAL DISCOVERY AND PRETRIAL PROVISIONS:
The Court directed the parties to go back before Magistrate-Judge Larson for a follow-up settlement conference.

The pretrial conference **SHALL** be attended by trial counsel prepared to discuss all aspects of the case, including settlement. Parties **SHALL** conform to the attached instructions. Plaintiff is ORDERED to serve a copy of this order on any party subsequently joined in this action.

Dated:

                                  SUSAN ILLSTON
                                  United States District Judge