United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Timothy Boehme,

      Plaintiff,

  v.

Chomnan Loth,

      Defendants.
_____/

No. C 06-7419 SI   (JL)

FURTHER SETTLEMENT
CONFERENCE AND ORDER

TO ALL PARTIES AND COUNSEL OF RECORD:

PLEASE TAKE NOTICE that a further settlement conference has been scheduled for **Friday, January 25, 2008 at 10:00 a.m.**  The settlement conference will take place in Judge Larson's chambers, located at the Federal Building, 450 Golden Gate Avenue, 15th Floor, San Francisco, California 94102.  If the court-ordered date presents problems for parties or counsel, counsel is to contact Judge Larson's chambers directly at (415) 522-2112.

**At least seven (7) calendar days before the Settlement conference the parties shall deliver directly to the magistrate judge *two copies* of a updated Confidential Settlement Conference Statement which should be lodged with chambers and should not be filed with the Clerk of the Court or served upon other parties.**

SETTLEMENT CONFERENCE NOTICE          1

1    The parties shall notify Magistrate Judge Larson's chambers immediately if this case
2 settles prior to the date set for settlement conference.

4 DATED:   November 5, 2007

_____
JAMES LARSON
Chief Magistrate Judge

United States District Court
For the Northern District of California