**United States District Court**
**For the Northern District of California**

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

TIMOTHY BOEHME,

        Plaintiff,

  v.

CHOMNAN LOTH; CITY OF NEWARK POLICE DEPARTMENT; DOES ONE through TEN,

        Defendants.
                                     /

No. C 06-7419 SI

**JUDGMENT**

Defendants' motion for summary judgment is granted. Judgment in favor of defendants is entered accordingly.

**IT IS SO ORDERED AND ADJUDGED.**

Dated: March 18, 2008

SUSAN ILLSTON
United States District Judge